FORM 2
COVER SHEET

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s) WALTER W. WEIBLER 06-375 C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): James C. Bull

Firm Name: Bucholtz & Bull, P.C.

Post Office Box: ____________

Street Address: 5575 DTC Parkway, Suite 225

City-State-Zip: Greenwood Village, CO 80111-3016

Telephone & Facsimile Numbers: Tele: 303.778.8822; Fax: 720.482.8481

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 5 0 8

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: N A V

See attached sheet for three digit codes.

Amount Claimed: $ 246,840.00

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only)____________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.