**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| WALTER W. WEIBLER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES<br><br>Defendant. | CASE NO. 06-375C<br><br>Judge Marian Blank Horn |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Jon Tornquist as counsel of record for the United States in the above-captioned action.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/ Jon Tornquist

JON TORNQUIST
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 305-3075
Facsimile: (202) 307-0345
E-mail: jon.tornquist@usdoj.gov

June 16, 2006

Attorney for the United States