**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER W. WEIBLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-375C |
| v. | ) | |
| | ) | Judge Marion Blank Horn |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

On May 8, 2006, Plaintiff filed a Complaint in the United States Court of Federal Claims. Pursuant to Rule 12(a)(1) of the Rules of the United States Court of Federal Claims ("RCFC") the current date for the United States to file its Answer is July 7, 2006. The United States hereby respectfully requests that the time for service of the United States' Answer be enlarged by sixty days (60) from July 7, 2006 to September 5, 2006. On June 19, 2006, counsel for the United States conferred with plaintiff's counsel who stated that plaintiff would not oppose the requested sixty day enlargement of time.

The requested enlargement of time is required to adequately evaluate the merits of plaintiff's patent infringement claim. Plaintiff's patent has a complex procedural background, having been through both an original examination and a reexamination in the United States Patent and Trademark Office (USPTO). The United States promptly ordered a record of these proceedings, but has not yet received the files from the USPTO. A full and complete evaluation of plaintiff's claim cannot be made without these files. Furthermore, many of the relevant files

in this case are in the possession and control of a government contractor, United Technologies, Incorporated. These files will be necessary for preparation of the Answer.

Additionally, the parties have initiated settlement discussions and additional time is required to obtain the facts required by both parties. During the requested enlargement, the number of allegedly infringing units, the sales price of those units, and the dates of each sale will be ascertained. An extension of time will allow the parties to obtain the required information and explore the opportunity of settlement without incurring further costs and attorneys fees.

Based on the foregoing, the United States respectfully requests that its request for an extension of sixty days to file an Answer to plaintiff's Complaint be granted and the date for filing the Answer be set for September 5, 2006.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

/s Jon Tornquist
JON TORNQUIST
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 305-0375
Facsimile: (202) 307-0345

June 26, 2006

Attorneys for Defendant, the United States