# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * | * | |
| | * | |
| **WALTER W. WEIBLER**, | * | |
| **Plaintiffs,** | * | |
| | * | **No. 06-375C** |
| **v.** | * | **Filed: July 5, 2006** |
| | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * | * | |

**O R D E R**

The Notice of Appearance in the above-captioned case was filed on June 16, 2006. To discuss future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Monday, July 24, 2006, at 4:00 p.m. EDT,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (303) 778-8822 and defendant's counsel at (202) 305-0375. Counsel for both parties may appear by telephone.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**