# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * | * | |
| | * | |
| **WALTER W. WEIBLER**, | * | |
| **Plaintiff,** | * | |
| | * | **No. 06-375C** |
| **v.** | * | **Filed: July 7, 2006** |
| | * | |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * | * | |

**O R D E R**

The court is in receipt of the defendant's unopposed motion for an enlargement of time of 60 days, to and including September 5, 2006, within which to file its response to the plaintiff's complaint. The court **GRANTS** the defendant's request, and **ORDERS** the defendant to file its response on or before **Tuesday, September 5, 2006**.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**