# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**WALTER W. WEIBLER**,

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-375C**
**Filed: July 21, 2006**

## O R D E R

As previously discussed with the parties, because of the enlargement of time to file an answer to the complaint, the status conference scheduled for July 24, 2006 is **RESCHEDULED** for **Tuesday, September 12, 2006, at 4:00 p.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (303) 778-8822 and defendant's counsel at (202) 305-3075. At the status conference, the parties will be prepared to discuss settlement possibilities, discovery needs, how the case may be resolved, with a proposed schedule, and any other pertinent matters.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**