# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**WALTER W. WEIBLER,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 06-375C**
**Filed: July 27, 2006**

## O R D E R

It has come to the court's attention that plaintiff's counsel in the above-captioned case has not registered with the court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order No. 42A, and the Notice of Designation of Electronic Case filed in this case on May 8, 2006, this case has been designated as an electronic case in the court's CM/ECF system. The Notice of Designation gave counsel without CM/ECF Attorney accounts thirty days to obtain one. Since plaintiff's counsel's name does not appear on the CM/ECF Attorney Accounts list as of the date of this order, the clerk's office shall **MAIL** a copy of this order to plaintiff's counsel, James C. Bull, Bucholtz & Bull, P.C., 5575 DTC Parkway, Suite 225, Greenwood Village, CO, 80111-3016. Furthermore, the court **ORDERS** plaintiff's counsel to obtain a CM/ECF account on or before **Wednesday August 9, 2006**. From this date forward, all documents in the case will be filed electronically. Plaintiff's counsel is directed to contact the Clerk's Office for assistance as necessary. Failure to obtain an ECF account, without permission of the court for good cause that the case should not become part of the ECF system, on or before August 9, 2006, may result in dismissal of the case without further notice.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**