# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WALTER W. WEIBLER, | * | |
| Plaintiff, | * | No. 06 - 375C |
| v. | * | Filed: August 1, 2006 |
| UNITED STATES, | * | |
| Defendant. | * | |

## CERTIFICATE OF COMPLIANCE

Undersigned hereby certifies that on July 25, 2006, the registration form and certification test were submitted to the Clerk of the U.S. Court of Federal Claims and thereafter, on August 1, 2006, the login and password for undersigned were transmitted by the said Clerk's Office. Therefore, undersigned has complied with the Court's Order filed July 27, 2006.

Respectfully submitted,

James C. Bull, Attorney for the Plaintiff
Admitted to the Court of Claims: April 12, 1974