# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **WALTER W. WEIBLER**, | |
| **Plaintiff,** | **No. 06-375C** |
| **v.** | **Filed: September 13, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

As previously discussed with the parties, the status conference scheduled for September 12, 2006, at 4:00 p.m. EDT is **RESCHEDULED** for **Friday, September 15, 2006, at 2:30 p.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (970) 668-5833 and defendant's counsel at (202) 305-3075. At the conference, the parties will be prepared to discuss the impact of prior, related litigation, settlement possibilities, discovery needs, how the case may be resolved, with a proposed schedule, and any other pertinent matters.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**