# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **WALTER W. WEIBLER**, | |
| **Plaintiff,** | **No. 06-375C** |
| **v.** | **Filed: September 15, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held a status conference in the above-captioned case on September 15, 2006. The parties are to be commended for the cooperative and professional working relationship exhibited during the conference. As discussed, on or before **Friday, October 6, 2006**, in lieu of the joint preliminary status report, the parties shall file a joint status report addressing the results of the inspection of the heat exchanger and their consultation, and how the parties propose to proceed, with a proposed schedule. The court **SCHEDULES** a status conference for **Wednesday, October 11, 2006, at 3:00 p.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (303) 778-8822 and defendant's counsel at (202) 305-3075. At the conference, the parties will be prepared to discuss settlement possibilities, discovery needs, how the case may be resolved and any other pertinent matters.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**