# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **WALTER W. WEIBLER**, | |
| **Plaintiff,** | **No. 06-375C** |
| **v.** | **Filed: October 11, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court held a status conference in the above-captioned case on October 11, 2006. As discussed during the conference, on or before **Wednesday, October 18, 2006, at 5:00 p.m. EDT**, the plaintiff shall file a report with the court addressing the number of heat exchanger units for which plaintiff asserts present claims, with details as to how that computation is achieved and how it relates to the decision in the earlier District Court case brought by the plaintiff. A copy of the plaintiff's report shall be served on defendant. In addition, as discussed at the conference, the parties shall file joint status reports on a monthly basis addressing progress in the case. If the case is referred to alternative dispute resolution (ADR), no discussion of the contents or what has transpired in the ADR sessions shall be included in status reports. The first report shall be filed on or before **Wednesday, November 15, 2006**.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**