**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER W. WEIBLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-375C |
| v. | ) | |
| | ) | Judge Marian Blank Horn |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SPECIFICATION OF DAMAGES**

Pursuant to the status conference conducted by the Honorable Marian Blank Horn on October 11, 2006 and the Order issued by the Court on even date, Plaintiff respectfully submits the following specification of damages. The information provided reflects a review of the plaintiff's records as well as information obtained through the Freedom of Information Act.

CLAIM OF WALTER W. WEIBLER CASE No. 06-375C
SHIPMENT SUMMARY OF UNITS PER
FREEDOM OF INFORMATION ACT

| | |
|---|---|
| Units Shipped Before The Patent Was Issued | 436 |
| Units Shipped After The Patent Was Issued to 6/2000 | 266 |
| TOTAL | **702** |
| Less: Units Paid From Trade Secrets Case by Judge Sparr | 218 |
| **UNITS CLAIMED IN THE COMPLAINT** | **484** |

DETAIL OF SHIPMENTS PER FOIA

| | | Letter Date/ Number Units |
|---|---|---|
| Original Drawing (6/10/96) – Revision F (5/9/97) Shipped Through 8/97 | 201 | Oct. 9, 1997 (177)<br>Nov 6, 1998 (24) |
| Revision G (8/8/97) Shipped Through 8/98 | 235 | Nov 6, 1998 (235) |
| | 436 | |

**PATENT ISSUES 10/20/98**

| | | |
|---|---|---|
| Revision H (9/21/98) Shipped Through 11/98 | 59 | Nov 6, 1998 (3)<br>May 11, 1999 (56) |
| Revision J (12/7/98) Shipped Through 6/2000 | <u>207</u> | May 11, 1999 (10)<br>May 25, 2000 (181)<br>Dec 1, 2003 (16) |
| **TOTAL:** | **<u>702</u>** | |

*********************************************

| | DATE OF UTI DRAWING | UNITS DELIVERED BY DATE PER FREEDOM OF INFO | NUMBER OF UNITS | FREEDOM OF INFORMATION LETTER DATE (AND NUMBER) |
|---|---|---|---|---|
| | | | | |
| **INITIAL DRAWING** | 6/10/96 | | | |
| | | | | |
| **REVISION A** | 6/28/96 | | | |
| | | | | |
| **REVISION B** | 8/9/96 | | | |
| | | | | |
| **REVISION C** | 12/13/96 | | | |
| | | | | |
| **REVISION D** | 5/15/97 | | | |
| | | | | |
| **REVISION E** | 5/7/97 | | | |
| | | | | |
| **REVISION F** | 5/9/97 | | | |
| | | Jun-97 | 6 | |
| | | Jul-97 | 9 | |
| | | Aug-97 | 186 | |
| | | | | |
| **Total Rev A-F** | | | **201** | **1 (177)** |
| | | | | **2 (24)** |

| | | | | |
|---|---|---|---|---|
| **REVISION G** | 8/8/97 | Sep-97 | 85 | |
| | | Oct-97 | 27 | |
| | | Nov-97 | 67 | |
| | | Dec-97 | | |
| | | Jan-98 | 9 | |
| | | Feb-98 | 9 | |
| | | Mar-98 | 10 | |
| | | May-98 | 27 | |
| | | Aug-98 | 1 | |
| | | | | |
| **Total Rev G** | | | **235** | **2 (235)** |
| ****Total A-G** | | | **436** | |
| | | | | |
| **REVISION H** | 9/21/98 | | | |
| **PATENT ISSUED** | **10/20/98** | | | |
| | | Oct-98 | 3 | |
| | | Nov-98 | 56 | |
| | | | | **2 (3)** |
| **Total Rev H** | | | **59** | **3 (56)** |
| *** Total A-H** | | | **495** | |
| | | | | |
| **REVISION J** | 12/7/98 | Dec-98 | - | |
| | | Feb-99 | 10 | |
| | | Jun-99 | 35 | |
| | | Jul-99 | 35 | |
| | | Oct-99 | 32 | |
| | | Dec-99 | 19 | |
| | | Jan-00 | 15 | |
| | | Feb-00 | 15 | |
| | | Mar-00 | 15 | |
| | | Apr-00 | 15 | |
| | | Jun-00 | 16 | |
| | | | | |
| **Total Rev J** | | | **207** | **3 (10)** |
| | | | | **4 (181)** |
| | | | | ***5 (16)*** |

| | | | |
|---|---|---|---|
| | ***AT 6/2000 TOTAL UNITS*** | ***702*** | ***702*** |

| | |
|---|---|
| ***TOTAL UNITS:*** | ***702*** |
| ***COURT AWARD:*** | ***218*** |
| **DIFFERENCE:** | **484** |

| | | |
|---|---|---|
| * | Before Rev J | 495 |
| ** | # Before Patent | 436 |
| | # After Patent | 266 |

**FOIA LETTER DATES**

1 - Oct 9, 1997
2 - Nov 6, 1998
3 - May 11, 1999
4 - May 25, 2000
5 - Dec 1, 2003

Dated: October 12, 2006

Respectfully submitted,

/s/

James C. Bull, Attorney for the Plaintiff
Admitted to the Court of Claims: April 12, 1974
5575 DTC Parkway, Suite 225
Greenwood Village, CO 80111-3016
Telephone: 303.778.8822
Facsimile: 720.482.8481

**CERTIFICATE OF SERVICE**

Undersigned does hereby certify that on October 12, 2006, a true and correct copy of the foregoing **PLAINTIFF'S SPECIFICATION OF DAMAGES** was served by electronic filing with the Clerk of the United States Court of Claims, to:

PETER D. KEISLER, Assistant Attorney General
JOHN FARGO, Director
JON TORNQUIST, Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 305-3075
Facsimile: (202) 307-0345
E-mail: jon.tornquist@usdoj.gov
Attorneys for the United States

____________________________________