# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **WALTER W. WEIBLER**, | |
| **Plaintiff,** | **No. 06-375C** |
| **v.** | **Filed: October 16, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

## O R D E R

As requested by the parties at the last status conference on October 11, 2006, the above-captioned case is referred to Chief Judge Edward J. Damich, to conduct ADR proceedings. Chief Judge Damich has agreed to act as the ADR Judge in the case and will schedule the ADR proceedings. As indicated in the court's Order of October 11, 2006, the parties shall file brief, joint, status reports with the undersigned judge, on a monthly basis, beginning on November 15, 2006, addressing progress in resolving the case. However, no discussion of what transpires in the ADR sessions, and, particularly no information on recovery numbers discussed, shall be included in the status reports.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**