# In the United States Court of Federal Claims

No. 06-375C

(October 20, 2006)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | |
| **WALTER W. WEIBLER,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * | |

## ORDER

The Court ORDERS the parties to appear for an ADR hearing on **Tuesday, December 12, 2006, at 10:00 a.m. EST**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel shall e-mail chambers at damich_chambers@ao.uscourts.gov, no later than one business day before the hearing, to inform the Court who in addition to counsel of record will be participating for that party (and their names and affiliations).

The Court further ORDERS the parties to deliver directly to chambers an informal Joint Status Report ("JSR") on or before **November 10, 2006**. The Court will notify the parties by e-mail of what specifically is to be included in the JSR and how it is to be delivered to chambers.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge