**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER W. WEIBLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-375C |
| v. | ) | |
| | ) | Judge Marion Blank Horn |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

On October 16, 2006, the Court referred this case to Chief Judge Edward J. Damich for alternative dispute resolution proceedings and directed the parties to file monthly joint status reports starting on November 15, 2006, addressing any progress the parties have made in resolving the case.

On November 13, 2006, the parties delivered an extensive, twenty-two page informal Joint Status Report (JSR) to Judge Damich. All of the major issues previously identified by the parties and the Court are addressed in the JSR.

While there has been no discussion of settlement between the parties since the filing of the JSR, both parties have strived to provide Judge Damich with a detailed explanation of their respective legal and factual positions. Further, in an attempt reach a mutually acceptable

resolution of this case, the parties will attend an ADR hearing on December 12, 2006, at the National Courts Building in Washington, D.C.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

/s/ James C. Bull
James C. Bull,
Bucholtz & Bull
5575 DTC Parkway, Suite 225
Greenwood Village, CO 80111
WRBoyd1@aol.com
Attorney for Plaintiff

s/ Jon Tornquist
JON TORNQUIST
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 305-3075
Facsimile: (202) 307-0345
E-mail: jon.tornquist@usdoj.gov
Attorneys for the United States

November 15, 2006