**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WALTER W. WEIBLER, | ) | |
| Plaintiff, | ) | No. 06-375C |
| v. | ) | Judge Marion Blank Horn |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## STATUS REPORT

On October 16, 2006, the Court referred this case to Chief Judge Edward J. Damich for alternative dispute resolution proceedings and directed the parties to file monthly joint status reports starting on November 15, 2006, addressing any progress the parties have made in resolving the case.

On December 12, 2006, the parties attended an Alternative Dispute Resolution hearing presided over by Chief Judge Edward J. Damich. The parties are pleased to report that a mutually agreeable resolution resulted from the ADR hearing. The parties are currently in the process of finalizing the settlement agreement and preparing the necessary motions for the Court.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

/s/ James C. Bull
James C. Bull,
Bucholtz & Bull
5575 DTC Parkway, Suite 225
Greenwood Village, CO 80111
WRBoyd1@aol.com
Attorney for Plaintiff

s/ Jon Tornquist
JON TORNQUIST
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Telephone: (202) 305-3075
Facsimile: (202) 307-0345
E-mail: jon.tornquist@usdoj.gov
Attorneys for the United States

December 15, 2006