IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WALTER W. WEIBLER, | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-375C |
| v. | ) | |
| | ) | Judge Marion Blank Horn |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR ENTRY OF JUDGMENT**

For the purpose of settling and compromising the above-identified action, plaintiff and defendant stipulate to the following:

1. Plaintiff, Walter W. Weibler, is the sole owner of United States Patent No. 5,823,247 ("the '247 patent"). Plaintiff brought this action to recover reasonable and entire compensation for the unauthorized manufacture and/or use by or for the defendant of inventions covered by the '247 patent.

2. Plaintiff has submitted a written offer to defendant to settle this action by fully releasing defendant from all liability for the manufacture and/or use by or for the United States of any invention covered by the '247 patent, and granting to the United States a fully paid-up, irrevocable, non-exclusive, world-wide, royalty-free license for all manufacture and/or use by or for the Government of any invention described or claimed in United States patent No. 5,823,247, including any continuations, continuations in part, divisional applications, or patents issuing from any such applications, and including any foreign counterparts of United States Patent No. 5,823,247.

3. Defendant has duly agreed to accept this offer.

4. In consideration for this Stipulation for Entry of Judgment and the release and grant of a fully paid-up license described in Paragraph 2, above, plaintiff and defendant have agreed to allow final judgment in this action to be entered in favor of plaintiff and against defendant for the total lump sum of Fifty-Five Thousand Dollars ($55,000).

5. In accordance with the terms of the offer and acceptance and to secure the performance thereof, defendant, by its authorized representative of the Attorney General, and plaintiff, by his attorney, hereby enter into this Stipulation to be filed in the above-identified action for the purpose of causing a final judgment to be entered against defendant in accordance with the terms set forth in paragraphs 2 and 4, above.

6. The parties agree to bear their own costs and attorneys' fees.

7. In the event that the Court declines to enter judgment in accordance with this stipulation, in whole or in part, the stipulation shall be void.

Respectfully submitted

Date: 12/14/04

JAMES C. BULL
James C. Bull
Bucholtz & Bull
5575 DTC Parkway, Suite 225
Greenwood Village, CO 8077-3016
WRBoyd1@aol.com

Attorney for Plaintiffs

Acknowledged and agreed to:

Date: 12-14-06

WALTER W. WEIBLER

PETER D. KEISLER
Assistant Attorney General

Date: 1-5-07

JOHN FARGO
Director, Intellectual Property Staff
(Authorized Representative of the Attorney General)

Date: 1-5-07

JON TORNQUIST
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 305-3075

Attorneys for Defendant