# In the United States Court of Federal Claims

| | |
|---|---|
| **WALTER W. WEIBLER**,<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 06-375C**<br>**Filed: January 5, 2007**<br><br>**cc: ADR Judge Damich** |

## O R D E R

The court is in receipt of the parties' January 5, 2007 Stipulation for Entry of Judgment. The parties have stipulated that the plaintiff is the sole owner of United States Patent No. 5,823,247 ('247 Patent); that plaintiff has released defendant from all liability for manufacture and use of the '247 Patent; that plaintiff has granted defendant a fully paid up, irrevocable, non-exclusive, world-wide, royalty-free license for manufacture and use of the '247 Patent; and that judgment shall be entered in favor of plaintiff and against defendant for $55,000.00. Pursuant to the joint Stipulation for Entry of Judgment, the claims in the above-captioned case are, hereby, **DISMISSED**, with prejudice, with each party to bear its own costs, expenses and attorney's fees. The clerk's office shall enter **JUDGMENT** consistent with this order, and close the case. The parties are to be commended for their successful settlement efforts, with the assistance of Chief Judge Edward J. Damich, acting as ADR Judge.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**