# In the United States Court of Federal Claims

**No. 06-375 C**

**WALTER W. WEIBLER,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed January 5, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $55,000.00. Each party shall bear its own costs, expenses and attorney's fees.

Brian Bishop
Clerk of Court

**January 8, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.