United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

January 9, 2007

James C. Bull, Esq.

Bucholtz & Bull, P.C.

5575 DTC Parkway, Suite 225

Greenwood Village, CO 80111-3016

In re: Walter W. Weibler v. United States, No. 06-375 C

Dear Mr. Bull:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated January 9, 2007, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Lisa DeFade Reyes

Chief Deputy Clerk Operations

Enclosures

cc: Jon B. Tornquist, Esq.